EMILIO R. LIGER, demandante y apelado, *v.* TOMÁS TORRES y MARCELINO SÁNCHEZ, demandados y apelante el último.

Núm. 7747.—*Sometido:* Junio 20, 1938. *Resuelto:* Junio 24, 1938.

*M. Guzmán Texidor*, abogado del apelante; *Sebastián García Díaz* y *Antonio R. Barceló Jr.*, abogados del apelado.

EL JUEZ ASOCIADO SEÑOR TRAVIESO emitió la opinión del tribunal.

El demandante y apelado solicita la desestimación del presente recurso y alega que éste es frívolo y ha sido interpuesto con el único fin de dilatar y entorpecer el procedimiento. Los hechos, sucintamente expuestos, son como sigue:

El demandante es dueño de una casa, dedicada a panadería, la cual facilitó a la sociedad Díaz & Rodríguez para que la utilizaran mientras hacían reparaciones en su panadería. Dicha firma desocupó el edificio el 21 de junio de 1937 y entregó la llave del mismo a su empleado Tomás Torres, con instrucciones de entregarla al demandante. El demandante volvió a tomar posesión de su propiedad, utilizando otra llave que tenía en su poder. Tomás Torres conservó la llave que le entregara Díaz & Rodríguez, y sin tener contrato alguno con el demandante y sin la autorización o consentimiento de éste, arrendó la finca al demandado apelante Marcelino Sánchez, quien tomó posesión de la finca y la ocupa aún en contra de la voluntad de su dueño, el demandante.

Entablada demanda de *injunction* para recobrar la posesión, fueron emplazados Tomás Torres y Marcelino Sánchez, compareciendo solamente el último y anotándose la rebeldía del primero. Celebrado el juicio, la Corte de Distrito de San Juan dictó sentencia ordenando que el demandante fuera restituído en la posesión de la finca y que el demandado Marcelino Sánchez se abstuviera de perturbar o molestar al demandante en la posesión o tenencia del inmueble en cuestión.

Después de un estudio detenido de la exposición del caso radicada por el apelante y del alegato de éste en apoyo de su recurso, convenimos con el apelado en que la frivolidad

del recurso y el propósito de su interposición surgen claramente de los autos.

 La prueba practicada demuestra claramente que el demandante estuvo en posesión de la finca durante el año precedente a la fecha en que se interpuso la demanda. Tomás Torres, al entrar en la finca sin el consentimiento de su dueño era un mero transgresor (*trespasser*) y como tal no podía transmitir derecho alguno al otro demandado Marcelino Sánchez, el aquí apelante. No erró la corte al dictar la sentencia recurrida. El recurso es evidentemente frívolo. Y habiendo sido interpuesto, a nuestro juicio, temerariamente y con el solo propósito de dilatar la ejecución de la sentencia recurrida, *debe declararse con lugar la moción de desestimación y desestimarse el recurso,* condenando al apelante al pago de la suma de $100 como honorarios del abogado de la parte apelada.